Case 1:24-cr-00159-RBW

Case: 1:24-mj-00064
Assigned To : Judge Zia M. Faruqui
Assign. Date : 2/20/2024
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF FACTS

Your affiant, ███████████, is a Special Agent assigned to the Federal Bureau of Investigation (FBI). In my duties as a special agent, I am responsible for, among other things, investigation of criminal violations relating to terrorism. I have investigated numerous cases involving matters of national security, mail fraud and wire fraud, bank fraud, and money laundering. I have received training and have gained experience in interview and interrogation techniques, arrest procedures, obtaining electronically stored information through criminal process, search warrant applications, and the execution of searches and seizures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

### *Background – The U.S. Capitol on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session

of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to Christian ALFONSO*

On or about January 7, 2021, the FBI received a tip from Confidential Witness 1 ("CW1"). CW 1 reported receiving an Instagram video on January 6, 2021 from the Instagram account of "Chris Alfonso," username @Chris__Alfonso. According to CW1, the Instagram video showed an individual, whom CW1 believed to be ALFONSO, walking through the U.S. Capitol on January 6, 2021, including in Speaker Pelosi's Chambers. CW1 was not able to upload the video to the FBI's tip line.

On or about January 8, 2021, the FBI received another tip from Confidential Witness 2 ("CW2"). On March 22, 2021, the FBI conducted a voluntary interview of CW2. CW2 reported that CW2 was friends with ALFONSO on Instagram prior to and on January 6, 2021. On January 6, 2021, CW2 saw videos on ALFONSO's Instagram page, @Chris__Alfonso, inside the U.S. Capitol.

### *FBI Interview of ALFONSO*

On or about January 11, 2021, Alfonso was interviewed by the FBI. At that time, Alfonso admitted to being at the U.S. Capitol on January 6, 2021, and stated that he attended the rally held by then-President Donald J. Trump. Alfonso stated that he was in close proximity to the U.S. Capitol building, but at no time did he enter the U.S. Capitol building. Alfonso further stated that all of the videos and photos on his Instagram story from inside the U.S. Capitol were downloaded by him from other sources and reposted to his Instagram account. Alfonso opened the photo section of his cell phone and allowed the interviewing agents to view the photos. The photos, at the time of the interview, were all outdoor photos of the rally. Alfonso stated that he had deleted any videos of the event from his cell phone prior to the interview. Alfonso provided his telephone number, which end in 2118.[1]

During the course of the January 11, 2021, interview, FBI advised Alfonso that lying to the FBI in the course of an investigation is a crime.

According to records obtained through a search warrant which was served on AT&T, on January 6, 2021, in and around the time of the incident, the cell phone associated with the phone number ending in 2118, which ALFONSO stated is his cell phone number, was identified as having

---

[1] The entire phone number is known to the affiant.

utilized a cell site consistent with providing service to a geographic area that included the interior of the U.S. Capitol.

On or about January 13, 2021, the FBI received another tip from Confidential Witness 3 ("CW3"). On April 2, 2021, the FBI conducted a voluntary interview of CW3. CW3 reported that CW3 was friends with ALFONSO on Instagram prior to and on January 6, 2021. On January 6, 2021, CW3 viewed a video on Alfonso's Instagram page shot from the first-person perspective marching through the streets and then entering the U.S. Capitol. CW3 identified the @Chris__Alfonso Instagram account as belonging to ALFONSO.

On or about January 10, 2021, the FBI received a tip from Confidential Witness 4 (CW4). On March 22, 2021, the FBI conducted a voluntary interview of CW4. CW4 reported that CW4 was friends with ALFONSO on Instagram prior to January 6, 2021, but had stopped following ALFONSO prior to January 6, 2021. On January 6, 2021, CW4 received screenshots from friends of ALFONSO's Instagram page of ALFONSO being at the U.S. Capitol. When CW4 attempted to view ALFONSO's Instagram page there were no photos or videos of ALFONSO entering the U.S. Capitol. CW4 provided the photo below to the FBI. *See* Image 1. ALFONSO is seen on the left side of the photo wearing a blue jean jacket, a blue hooded sweater, a white shirt, a American flag neck gaiter, and a dark colored trump hat.



*Image 1 – ALFONSO on U.S. Capitol Grounds from Instagram*

On or about January 12, 2021, the FBI received a tip from Confidential Witness 5 ("CW5"). CW5 knows ALFONSO outside of social media. On May 10, 2021, the FBI conducted a voluntary

interview of CW5. CW5 reported that on January 6, 2021, ALFONSO's Instagram page contained photos and videos of ALFONSO bragging about being inside the U.S. Capitol. The photos and videos showed the outside of the U.S. Capitol. There were also photos and videos from inside of the U.S. Capitol. CW5 viewed the photos and videos on ALFONSO's Instagram story. CW5 provided the following screenshots to the FBI, and identified @Chris__Alfonso as being the Instagram account of ALFONSO:




*Image 2: Photo from ALFONSO's Instagram Account On U.S. Capitol Grounds*

*Image 3: Photo from ALFONSO's Instagram Account Inside the U.S. Capitol Building*

 

*Image 4 – Photo from ALFONSO's Instagram Account*

*Image 5 – Photo from ALFONSO's Instagram Account Near Nancy Pelosi's Office*

On or about May 12, 2021, the FBI conducted a voluntary interview of CW1. CW1 reported receiving a video of ALFONSO walking into the U.S. Capitol, including inside the Speaker of the House's Office. The video also shows the large crowd and appears to have been taken from a balcony. The video was posted to ALFONSO's Instagram Story. CW1 provided the video to the FBI. The following is a screenshot from the video:



*Image 6 – Photo from ALFONSO'S Instagram Near Nancy Pelosi's Office*

*Messages from ALFONSO*

On March 4, 2021, Lawrence Stackhouse was arrested by the FBI on charges stemming from Stackhouse's presence inside the U.S. Capitol on January 6, 2021. *See* Case No. 21-CR-240 (D.D.C). After the arrest, Stackhouse's cellular telephone was searched pursuant to consent and a search warrant. Stackhouse's cellular telephone contained a text message exchange with telephone number ending in 2118, saved in Stackhouse's phone as Chris HQ Host. As noted above, ALFONSO told the undersigned that his telephone number was the number ending in 2118. ALFONSO and Stackhouse discussed traveling to Washington, D.C. and booking hotel rooms in preparation for January 6, 2021. Among others, ALFONSO sent the following text messages to Stackhouse:

> From ***-***-2118 To Stackhouse January 5, 2021 at 6:36:20 PM (UTC-5)
> Yo brotha! Its Chris host from HQ, [name redacted] told me you were going to be in Washington tomorrow. I'm leaving at 4am and trying to figure out what's the best place to park or street to be on
>
> From ***-***-2118 To Stackhouse January 6, 2021 at 6:26:39 AM (UTC-5)
> I'm wearing a denim jacket and black jeans if he can't find me in the lobby
>
> From ***-***-2118 To Stackhouse January 6, 2021 at 3:33:19 PM (UTC-5)
> Yo I just took my Uber back to the place I had a BLAST
>
> From ***-***-2118 To Stackhouse January 6, 2021 7:30:36 PM (UTC-5)
> We didn't loot or damage anything so idk wtf this guy is on

On or about July 6, 2021, a search warrant for the Instagram account of @Chris__Alfonso was executed. A review of the material returned contained the following direct message exchange with another user (name redacted):

> chris__alfonso

    Sent 2021-01-06 18:00:36 UTC

    Are you getting my texts

chris___alfonso

    Sent 2021-01-06 18:00:37 UTC

    I have terrible service

redacted

    Sent 2021-01-06 18:00:52 UTC

    I got a text but it was just a black box lol

redacted

    Sent 2021-01-06 18:01:04 UTC

    I figured the service there is probably terrible bc so many people there

    redactedSent 2021-01-06 18:12:40 UTC

    🔴❓

    redactedSent 2021-01-06 18:12:49 UTC

    My little patriot 🔴⚫❓

redacted

    Sent 2021-01-06 20:44:57 UTC

    redactedSent 2021-01-06 21:22:40 UTC

    You trespassed on federal property. Come on

chris___alfonso

    Sent 2021-01-06 21:23:52 UTC

    Thousands were inside

   The FBI has also reviewed closed-circuit television (CCTV) footage of January 6, 2021, obtained from U.S. Capitol Police that appears to depict ALFONSO in and around the area of the Speaker of the House's Office. Having personally interviewed ALFONSO, your affiant is able to identify the individual in these videos and photos as ALFONSO. ALFONSO, circled in red by your affiant, can be seen wearing a blue jean jacket, dark colored trump hat, white t-shirt, and black jeans.



*Image 7 – Still Image from CCTV of ALFONSO Near Nancy Pelosi's Office*



*Image 8 – Still Image from CCTV of ALFONSO Walking Toward Nancy Pelosi's Office*

On or about May 14, 2021, Mercurynews.com ran an article, *Man suspected of entering Nancy Pelosi's office during U.S. Capitol riot arrested* (By Elsie Schmelzer The Denver Post). The article contained a picture of Hunter Palm, circled in green, sitting at Speaker Pelosi's conference table. ALFONSO is circled in red standing to the right of Palm in the photo.

news.



*Image 9 – Photo from Mercurynews.com of ALFONSO Inside Nancy Pelosi's Office*

On or about January 29, 2021, a video was uploaded to YouTube by Storyful Rights Management. The video is titled "Extended Footage Charts Rioters Breaking Into Capitol And Battling Police." ALFONSO can be seen inside the Capitol building near the Crypt at approximately 27 minutes into the video. (youtube.com/watch?v=_E-6bRNfx2c).  *See* Image 10.



*Image 11 – Still Image From YouTube of ALFONSO Near Crypt*



*Image 12 – Still Image From YouTube of ALFONSO Near Crypt*

Based on the foregoing, your affiant submits that there is probable cause to believe that Christian ALFONSO violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Christian ALFONSO violated 40 U.S.C. § 5104(e)(2)(D) and (G) which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 20th day of February, 2024.

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE