IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24-CR-159 (RBW) |
| v. | : | 40 U.S.C. 5104(e)(2)(D) |
| CHRISTIAN ALFONSO, | : | 40 U.S.C. 5104 (e)(2)(G) |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Christian Alfonso, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Christian Alfonso traveled from his home in New Jersey to Washington D.C. on January 6, 2021 to attend the "Stop the Steal" rally near Ellipse. After the rally, Alfonso made his way to the U.S. Capitol building and participated in the riot there.

9. At approximately 2:23 p.m., Alfonso entered the U.S. Capitol building through the Senate Wing Doors. Alfonso is seen wearing a blue jean jacket, a blue hooded sweater, a white shirt, an American flag neck gaiter, black jeans and a dark-colored Trump hat. *See* Image 1.



*Image 1 – Photo from ALFONSO's Instagram Account*

10.     After entering the U.S. Capitol building, Alfonso traveled to the Crypt and also entered the office suite assigned to the Speaker of the House (at the time, Nancy Pelosi). *See* Images 2-4. While inside the building, Alfonso took pictures and videos and posted it on his Instagram account.



*Image 2 – Still Image from CCTV of Alfonso Walking Toward Nancy Pelosi's Office Suite*



*Image 3 – Photo from ALFONSO's Instagram Account Near Nancy Pelosi's Office Suite*



*Image 4 - Photo from Mercurynews.com of ALFONSO Inside Nancy Pelosi's Office Suite*

11. At approximately 2:36 p.m., Alfonso left the U.S. Capitol building through the Memorial Doors.

12. On January 11, 2021, Alfonso agreed to be interviewed by the FBI. During the interview, Alfonso denied entering the U.S. Capitol building on January 6, 2021. Alfonso admitted to taking photos, videos, and posting them to his Instagram account, but stated that the content depicting the inside of the U.S. Capitol were from other sources. Alfonso's denials were false.

### *Elements of the Offense*

13. The parties agree that Disorderly Conduct in a Capitol Building or Grounds in violation of 40 U.S.C. 5104(e)(2)(D) requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

14. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. 5104(e)(2)(G) requires the following elements:

   d. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   e. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

1. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly and willfully joined a large and disruptive crowd that entered the Capitol building. The defendant further admits that he willfully and knowingly intended to impede, disrupt, and disturb the orderly conduct of a session of

Congress. The defendant also admits that he willfully and knowingly paraded and demonstrated in the Capitol building.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

By:   *s/Nialah S. Ferrer*
           NIALAH S. FERRER
           Assistant United States Attorney
           New York Bar No. 5748462
           United States Attorney's Office
           District of Columbia
           (202) 557-1490
           nialah.ferrer@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Christian Alfonso, have read this Statement of the Offense and have discussed it with my attorneys. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-10-24

Christian Alfonso
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/10/24

David Castellani
Attorney for Defendant

Date: July 10, 2024

/s/ Charles Haskell

Charles Haskell
Attorney for Defendant

DEFENDANT'S ACCEPTANCE

I have read every page of this Agreement and have discussed it with my attorneys, David Castellani and Charles Haskell, I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Agreement. I am satisfied with the legal services provided by my attorney in connection with this Agreement and matters related to it.

Date: 7-9-24

Christian Alfonso
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Agreement, reviewed this Agreement with my client, Christian Alfonso, and fully discussed the provisions of this Agreement with my client. These pages accurately and completely set forth the entire Agreement. I concur in my client's desire to plead guilty as set forth in this Agreement.

Date: 7/9/24

David Castellani
Attorney for Defendant

Date: July 9, 2024

/s/ Charles Haskell
Charles Haskell
Attorney for Defendant